1

2

3

4

5

6

7          **UNITED STATES DISTRICT COURT**

8              **DISTRICT OF NEVADA**

9                   * * *

10

| | |
|---|---|
| VICTOR DUNN, et al., | Case No.: 2:11-cv-00560-MMD-PAL |
| Plaintiffs, | **O R D E R** |
| vs. | (Motion for Summary Judgment–#100; |
| ENDOSCOPY CENTER OF SOUTHERN | Motion for Judgment on the Pleadings or, in the Alternative, for Summary |
| NEVADA, et al., | Judgment–#101) |
| Defendants. | |

11

12

13

14

15

16

17          Before the Court are Defendants Baxter Healthcare Corp., McKesson Medical-

18   Surgical Inc., Sicor, Inc., and Teva Parenteral Medicines, Inc.'s **Motion for Summary Judgment**

19   **on Grounds of Federal Preemption** (#100, filed Jan. 24, 2012) and the same Defendants **Motion**

20   **for Judgment on the Pleadings or, in the Alternative, for Summary Judgment on State Law**

21   **Grounds** (#101, filed Jan. 24, 2012).  The Parties to this case, however, stipulated to the dismissal

22   of these Defendants and the Court signed the order dismissing these defendants on March 2, 2012.

23   Thus, the Court denies these Motions as moot.

24   /

25   /

26   /

**Conclusion**

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (#100) is DENIED as moot.

IT IS FURTHER ORDERED that Defendants' Motion for Judgment on the Pleadings (#101) is DENIED as moot.

Dated: June 25, 2012.

_____
**ROGER L. HUNT**
**United States District Judge**

AO 72
(Rev. 8/82)